UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| IN RE: | : |
| RAYMOND C. MOHR | : Bankruptcy No. 02-10551 |
| GARY SEITZ, Chapter 7 Trustee, Plaintiff, | : |
| v. | : |
| PETER HAABESTAD, and PETER HAABESTAD and WENDY HAABESTAD: As Parents and Natural Guardians of REED HAABESTAD, a minor | : Adv. No. 04-0028 |
| Defendants. | : |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

AND NOW, this 19th day of July, 2004 upon consideration of the Omnibus Motion of Gary Seitz, Trustee (the "Trustee") for Approval of 32 Settlements in Pending Adversary Proceedings Filed Pursuant to 11 U.S.C. §§544, 547, and 548 ("the Omnibus Settlement Motion"), and after notice and opportunity for hearing and upon consideration of any answers, objections or other responses to the Motion, it is hereby ordered that:

1.  The settlement reached between the Trustee and Peter Haabestad, and Peter Haabestad and Wendy Haabestad, as Parents and Natural Guardians of Reed Haabestad, a minor, defendants in Adversary Proceeding No. 04-028, more particularly described in the Omnibus Settlement Motion and the Exhibits thereto, is hereby approved.

*ADV. NO. 04-0028*

2.    The Trustee is authorized to accept the sum of $1,400 in full settlement of the Trustee's claims against, Peter Haabestad, and Peter Haabestad and Wendy Haabestad, as Parents and Natural Guardians of Reed Haabestad, a minor, defendants in Adversary Proceeding No. 04-028, payable on the terms set forth in the Omnibus Settlement Motion and exhibits thereto.

3.    The clerk shall close Adversary Proceeding No. 04-028.

*Diane W. Sigmund*

**The Clerk shall CLOSE this adversary case.**

DIANE W. SIGMUND
U.S. BANKRUPTCY JUDGE

7/19/04