UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| IN RE: | : |
| | : |
| RAYMOND C. MOHR | : Bankruptcy No. 02-10551 |
| ------------------------------- | : |
| GARY SEITZ, Chapter 7 Trustee, | : |
|     Plaintiff, | : |
| | : |
| v. | : |
| | : |
| PETER HAABESTAD, | : |
|   and | : |
| PETER HAABESTAD and WENDY HAABESTAD: | |
| As Parents and Natural Guardians of | : |
| REED HAABESTAD, a minor | : Adv. No. 04-00028 |
| | : |
|     Defendants. | : |
| | : |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

AND NOW, this _19th_ day of _July_, 2004 upon consideration of the Omnibus Motion of Gary Seitz, Trustee (the "Trustee") for Approval of 32 Settlements in Pending Adversary Proceedings Filed Pursuant to 11 U.S.C. §§544, 547, and 548 ("the Omnibus Settlement Motion"), and after notice and opportunity for hearing and upon consideration of any answers, objections or other responses to the Motion, it is hereby ordered that:

1.   The settlement reached between the Trustee and Peter Haabestad, and Peter Haabestad and Wendy Haabestad, as Parents and Natural Guardians of Reed Haabestad, a minor, defendants in Adversary Proceeding No. 04-028, more particularly described in the Omnibus Settlement Motion and the Exhibits thereto, is hereby approved.

ADV. NO. 04-0028

2. The Trustee is authorized to accept the sum of $1,400 in full settlement of the Trustee's claims against, Peter Haabestad, and Peter Haabestad and Wendy Haabestad, as Parents and Natural Guardians of Reed Haabestad, a minor, defendants in Adversary Proceeding No. 04-028, payable on the terms set forth in the Omnibus Settlement Motion and exhibits thereto.

3. The clerk shall close Adversary Proceeding No. 04-028.

Diane W. Sigmund

**The Clerk shall CLOSE this adversary case.**

DIANE W. SIGMUND
U.S. BANKRUPTCY JUDGE

7/19/04

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

Case 04-00028-dws   Doc 9   Filed 07/23/04   Entered 07/24/04 03:53:44   Desc Imaged
Certificate of Service   Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0313-2         User: Jason              Page 1 of 1              Date Rcvd: Jul 21, 2004
Case: 04-00028               Form ID: pdf900          Total Served: 7

The following entities were served by first class mail on Jul 23, 2004.
aty          BRADLEY T. BECKMAN,    Two Penn Center Plaza,    Suite 910,    Philadelphia, PA  19102
smg         +City of Philadelphia,    City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,
              1515 Arch Street 15th Floor,    Philadelphia, PA 19102-1504
smg          Commonwealth of PA,    Bureau of Accounts Settlements,    P.O. Box 8901,    Attention: Bankruptcy Unit,
              Harrisburg, PA  17105
smg         +Internal Revenue Service,    Special Procedures Staff,    P.O. Box 12051,
              Philadelphia, PA 19105-2051
smg          Trans Union Credit Information,    P.O. Box 5000,    Crum Lynne, PA  19022-2005
smg         +U.S. Attorney Office,    c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,
              Philadelphia, PA 19106-4404
ust         +United States Trustee,    Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,
              Philadelphia, PA 19107-4414

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
pla          Gary Seitz
dft          Peter Haabestad
dft          Reed Haabestad
dft          Wendy Haabestad
                                                                                                 TOTALS: 4, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 23, 2004**                     **Signature:** _Joseph Speetjens_